IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| KYRA MITCHELL, | ) | Case No. 3:25-cv-00161 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE PETER B. SILVAIN |
| | ) | |
| SEVEN D LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 27th day of January, 2026.


*/s/Trisha M. Breedlove* | */s/Joshua M. Smith* (email approval 1/6/26)
Trisha M. Breedlove (0095852) | Joshua M. Smith (0092360)
**SPITZ, THE EMPLOYEE'S LAW FIRM** | Bailey E. Sharpe (0103565)
1103 Schrock Road, Suite 307 | SSP Law Co., L.P.A.
Columbus, Ohio 43229 | 2623 Erie Avenue
Telephone: (614) 556-4811 | Cincinnati, Ohio 45208
Facsimile: (216) 291-5744 | (513) 533-6715
trisha.breedlove@spitzlawfirm.com | (513) 533-2711 - fax
*Counsel for Plaintiff* | jms@sspfirm.com
 | bes@sspfirm.com
 | *Counsel for Defendant*